792 A.2d 592

**In the Matter of Valerie J. GLOVER a/k/a Valerie J. Tonwe.**

**Petition for reinstatement.**

**Nos. 845 Disciplinary Docket No. 2, 141 DB 1991.**

Supreme Court of Pennsylvania.

Feb. 20, 2002.

***ORDER***

PER CURIAM.

AND NOW, this **20th** day of **February, 2002,** upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice NIGRO and SAYLOR dissent.